**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES BURTON**                                                          **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-00500 KGB**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                          **DEFENDANT**

**ORDER**

Before the Court is the parties' stipulation for dismissal (Dkt. No. 18).  The stipulation

accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown,

the Court adopts the joint stipulation of dismissal.  The action is dismissed with prejudice.

It is so ordered this the 1st day of March, 2022.

Kristine G. Baker
United States District Judge